IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:03CR3032 |
| ) | |
| RICHARD REQUEJO, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 42, now set for August 31, 2009, at 12:15 p.m. until a date certain in approximately 60 days. However, after conferring with counsel regarding a date certain for the hearing, the date of October 5, 2009, was requested by defendant's counsel. The Court noting the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 5th day of October, 2009, at 12:15 p. m. The defendant is ordered to appear at such time.

Dated this 27th day of August, 2009.

BY THE COURT:

s/ Warren K. Urbom

United States Senior District Judge