IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:03CR3032 |
| ) | |
| RICHARD REQUEJO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 44, now set for October 5, 2009, at 12:15 p.m. until a date certain in approximately 60 days.  The Court noting the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 8th day of December, 2009, at 12:15 p. m.  The defendant is ordered to appear at such time.

Dated this 30th day of September, 2009.

BY THE COURT:

s/ Warren K. Urbom

_____
The Honorable Warren K. Urbom
United States Senior District Judge