IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:03CR3032 |
| ) | |
| v. ) | |
| ) | |
| RICHARD M. REQUEJO, ) | ORDER GRANTING ORAL MOTION TO |
| ) | CONTINUE REVOCATION HEARING |
| Defendant. ) | |
| ) | |

The defendant, by and through is counsel, orally moved to continue the revocation hearing and with no opposition from the government,

IT IS ORDERED that:

1. the revocation hearing is continued to December 15, 2009, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated December 8, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge