IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD M. REQUEJO, | ) | ORDER MODIFYING SUPERVISED |
| | ) | RELEASE |
| Defendant. | ) | |
| | ) | |

     On December 15, 2009, the defendant appeared in person with his attorney, John Vanderslice. The United States was represented by Janice Lipovsky. Upon accepting the defendant's admission that he violated his conditions of supervised release, the Court found that the defendant did violated the terms and conditions of the supervised release as alleged in the Petition for Offender Under Supervision (filing 34).

     On February 16, 2010, a dispositional hearing was held. The United States was represented by Matt Molsen, Assistant United States Attorney. The defendant was present and represented by his attorney, John Vanderslice.

     IT IS ORDERED that supervised release is continued on the same terms and conditions contained in the original Judgment filed on August 14, 2003.

     DATED this 16th day of February , 2010.

                                                          BY THE COURT:

                                                          s/ Warren K. Urbom
                                                          Senior United States District Judge